**Fill in this information to identify the case:**

Debtor 1   Kristopher  Franklin
           First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the : District of ILLINOIS

Case number   14B37830
(If known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[✓] **Denied.** The debtor must pay the $335 filing fee according to the following terms: **Debtor(s) failed to appear or file schedules as ordered.**

|   | You must pay... | On or before this date... |
|---|---|---|
|  $ | 335 | 11/14/14  NOV 14 2014 |
|  $ |   |   |
|  $ |   |   |
| + $ |   |   |
| Total $ | 335.00 |   |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____
   Month / day / year                        Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

11/7/14                    By the court _____
Month / day / year                        United States Bankruptcy Judge   NOV 07 2014

In re: Kristopher Franklin
Case No. 14 B 37830

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on __NOV 07 2014__, caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Philip V Martino, ESQ
Quarles & Brady
300 N. LaSalle
Suite 4000
Chicago, IL 60654
Chapter 7 Trustee

### First Class Mail

**Kristopher Franklin**
208 E 60th Street
Apt 104
Chicago, IL 60637
Debtor